UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHIRLEY SHUBIN, ) | |
| ) | |
| Plaintiff, ) | Case No. CV 12-07372 AJW |
| ) | |
| v. ) | **J U D G M E N T** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

November 12, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge